# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, HELENA DIVISION

| | |
|---|---|
| JESSIE C. BUHR<br>Plaintiff,<br><br>JOHN DOE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br>Defendant | Case No:6:18-cv-00044-DLC-JTJ<br><br>**ORDER** |

UPON review of Plaintiff's Motion to Transfer Venue (Dkt. No. 3), and good cause appearing;

IT IS HEREBY ORDERED the above-captioned matter will be transferred from the Helena Division to the Butte Division.

DATED this 17th day of May, 2018.

John Johnston
United States Magistrate Judge